GORDON v. MAYER.

(Supreme Court, Appellate Term. December 22, 1909.)

APPEAL AND ERROR (§ 635*)—RECORD—MATTERS TO BE SHOWN—JUDGMENT APPEALED FROM.

Where the record does not show the rendition of the judgment appealed from, the appeal will be dismissed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 2285; Dec. Dig. § 635.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Samuel Gordon against David Mayer. Plaintiff had judgment, and defendant appeals. Appeal dismissed.

Argued before GIEGERICH, GOFF, and LEHMAN, JJ.

I. Henry Harris, for appellant.

Oppenheimer & Arnold (Bernard H. Arnold, of counsel), for respondent.

GIEGERICH, J. Two notices of appeal are attached to the record herein. Both are dated June 29, 1909. One purports to appeal from a judgment said to have been entered on June 28, 1909, for $57.65 in favor of the plaintiff. The other appeals from a judgment said to have been entered on the same day for $224.65 in favor of the plaintiff, and each notice of appeal declares that the appeals are brought upon the ground that "the same is excessive by the sum of $30." No such judgments, however, appear in the return. It is recited in the record: That on February 3, 1909, a judgment in favor of the plaintiff and against the defendant was entered for $150 damages, $2 costs, and $15 allowance, or $167 in all, on the verdict of a jury; that on May 27, 1909, said judgment was affirmed, and on August 27, 1909, a satisfaction of said judgment was filed. There is nothing in the record showing the rendition of the judgments appealed from, and the appeals must therefore be dismissed.

Appeals dismissed, with $10 costs. All concur.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes